No. 68587.—Lanston Monotype Div. v. United States, protest 63/8468 (Philadelphia).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of monophoto machines or parts thereof similar in all material respects to those the subject of *Lanston Industries, Inc.* v. *United States* (49 CCPA 123, C.A.D. 807), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 27, 1964

No. 68588.—American Pecco Corp. v. United States, protest 63/947 (Boston).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.